IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02503-BNB

ANTWAN GATLIN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 09 2010

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Plaintiff, Antwan Gatlin, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Center in Las Animas, Colorado. Mr. Gatlin initiated this action by filing a "Statutory Notice Pursuant to C.R.S. § 24-10-109" on September 27, 2010. By order dated October 14, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Gatlin to cure certain enumerated deficiencies in the Prisoner Complaint.

On August 28, 2009, Mr. Gatlin filed an "Affidavit in Support of Dismissal of Action," a "Notice and Motion for Dismissal of Action," a "Stipulation for Dismissal," and a "Notice of Stipulation for Dismissal". In the documents, Mr. Gatlin states that he mistakenly filed a lawsuit in this Court and seeks a voluntary dismissal of this action in order to file in state court.

Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer or motion for summary judgment has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notices, therefore, close the file as of November 2, 2010. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of November 2, 2010.

DATED at Denver, Colorado, this 8th day of November, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02503-BNB

Antwan Gatlin
Prisoner No. 110044
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/9/10

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk